UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TANESHA R. STEWART

    Plaintiff,

v.                                 Case No. 14-CV-159

ALDRICH CHEMICAL CO. LLC

    Defendant

---

### STIPULATION FOR DISMISSAL

---

The above captioned case having been settled the parties, by their undersigned counsel, hereby stipulate and agree that the case should be dismissed on the merits and with prejudice, without costs to either party, and with each party bearing her or its own attorneys' fees.

**FOX & FOX, S.C.**

By: /s/ Mary E. Kennelly
_____
Mary E. Kennelly
*Attorneys for Plaintiff*
124 West Broadway
Monona, WI 53716
Phone: 608/258-9588
Facsimile: 608/258-9588
Email: mfox@foxquick.com

Dated: March 3, 2015

BRYAN CAVE LLP

By: /s/ Travis R. Kearbey
　　　―――――――――――
Travis R. Kearbey
*Attorneys for Defendant*
1 Metropolitan Square
211 North Broadway
Suite 3600
St Louis, MO 63102-2750
Phone: 314/259-2482
Facsimile: 314/552-8482
Email: travis.kearbey@bryancave.com

Dated: March 3, 2015